IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JEFF ADAMS                                                                                                              PLAINTFF

VS.                                                                         CIVIL ATION NO. 3:20-CV-757 HTW-LGI

THE GENERAL INSURANCE COMPANY
AND JOHN DOES 1-10                                                                                          DEFENDANTS

**ORDER OF DEFAULT**

Before the Court is the Motion for Default Judgment [doc. no. 6], said motion being submitted by Plaintiff, through counsel.  On November 23, 2020, Plaintiff through counsel, filed a Complaint against Defendant The General Insurance Company, asserting claims of racial discrimination, age discrimination,  intentional infliction of emotional distress, and libel and slander.

Defendant was served with summons in the matter on November 30, 2020, and Proof of Service was filed with this court on December 4, 2020.  Defendant has not submitted an Answer to the Complaint, nor made any appearances in this action.  On December 22, 2020, Plaintiff, through counsel, moved for entry of default and the Clerk of Court entered the default on December 22, 2020.  Even then the defendant made no response.

Thereafter, Plaintiff, thru counsel, filed a Motion for a Judgment of Default [doc. no. 6].  Still, Defendant made no response nor appearance.  Plaintiff here seeks an award of six million dollars.  The court will hold a hearing for damages on  Monday, October 25, 2020, at 9:30 a.m.

Plaintiff attests that he served the Defendant by certified mail at the following address:

Tyson Smith, Director of Employee Relations and registered agent,
The General Insurance Company
2636 Elm Hill Pike, Suite 510
Nashville, Tennessee 37214

The court orders that the Clerk of Court send this Notice of Hearing to Defendant at the address above, by certified mail, return receipt requested.

SO ORDERED AND ADJUDGED, this the 17th day of September, 2021.

                                                           _s/HENRY T. WINGATE_
                                                         UNITED STATES DISTRICT JUDGE